IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

CLIFFORD A. EMERSON
TIMOTHY BRENT CUDD

Criminal Information No.

4:21-cr-44

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**

Beginning on a date unknown, but at least as of on or about November 3, 2020, and continuing until on or about April 13, 2021, in the Northern District of Georgia and elsewhere, the defendants,

TIMOTHY BRENT CUDD and
CLIFFORD A. EMERSON,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other, and with others known and unknown, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 846.

**Prior Conviction Notice**

Before defendant TIMOTHY BRENT CUDD committed the offense charged in this Information, defendant TIMOTHY BRENT CUDD was convicted of Conspiracy to Possess Methamphetamine with Intent to Distribute, a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Information, defendant CLIFFORD A. EMERSON shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Count One of this Information.

(b) FIREARMS: one Smith & Wesson .22 caliber rifle with serial number DVA2860 and one Ruger .45 caliber pistol with serial number 380-55871.

Upon conviction of the offense alleged in Count One of this Information, defendant TIMOTHY BRENT CUDD shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

    (a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Count One of this Information.

If any property described above, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

KURT R. ERSKINE
  *United States Attorney*

*Michael S. Qin*

MICHAEL S. QIN
  *Assistant United States Attorney*
Georgia Bar No. 206110

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181